﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/31/19

DOCKET NO. 190220-3183
DATE: December 31, 2019

ORDER

The claim of entitlement to service connection for bilateral hearing loss is dismissed as moot. 

FINDINGS OF FACT

In a February 2019 rating decision, and prior to his death in April 2019, service connection for a bilateral hearing loss was granted by VA.

CONCLUSION OF LAW

In light of the February 2019 rating decision the appeal to the denial of entitlement to service connection for a bilateral hearing loss has been rendered moot and is dismissed. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. § 20.101. 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from March 1979 to November 1982.

The Board has jurisdiction where there is a question of law or fact on appeal to the Secretary. 38 U.S.C. § 7104; 38 C.F.R. § 20.101. The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105(d)(5).

In February 2019 a VA Regional Office granted entitlement to service connection for a bilateral hearing loss. Thus, the Board finds that the issue of entitlement to service connection for a bilateral hearing loss is moot and should be dismissed as the benefit sought has been granted and there is no justiciable case or controversy before the Board at this time with respect to this disability. See 38 U.S.C. §§ 7104, 7105(d)(5); 38 C.F.R. § 20.101.

 

DEREK R. BROWN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Department of Veterans Affairs

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.